UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| TAMI MAYBIN | ) JURY TRIAL DEMANDED |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| DYNAMIC RECOVERY SOLUTIONS, LLC. | ) |
| | ) |
| Defendant, | ) |

## COMPLAINT

## INTRODUCTION

1.  This is an action for actual and statutory damages brought by Tami Maybin, an individual consumer, against Defendant Dynamic Recovery Solutions, LLC. for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2.  Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Port

Charlotte, Florida and the conduct complained of occurred in Port Charlotte, Florida.

## PARTIES

3. Plaintiff Tami Maybin (hereinafter "Plaintiff") is a natural person residing in Port Charlotte, Florida. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal use.

5. Upon information and belief Dynamic Recovery Solutions, LLC. is an South Carolina corporation.

6. Dynamic Recovery Solutions, LLC is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another's.

## FACTS OF THE COMPLAINT

7. Defendant TrueAccord (hereinafter referred to as "Defendant" or "Debt Collector") is a debt collector as defined by the FDCPA, 15 U.S.C 1692a(6).

8. On or about December 27, 2023, Defendant texted Plaintiff attempting to collect allegedly owed to The Bank of Missouri.

9. On December 28, 2023, Plaintiff replied to Defendant's text stating that she "decline to pay".

10. On January 2, 2024, Defendant replied to Plaintiff's text stating "if you're the Bank of Missouri (ASPIRE) account is returned to our client……." which is a violation of 15 U.S.C 1692c(c).

11. Plaintiff has suffered actual damages as a result of these illegal collection communications by Defendant in the form of anger, anxiety, decreased ability to focus on tasks while at work, frustration, amongst other negative emotions, as well as suffering from unjustified abusive invasions of personal privacy and unwanted text.

**FIRST CLAIM FOR RELIEF**
**(Defendant Dynamic Recovery Solutions, LLC)**
**15 U.S.C 1692c(c)**

12. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

13. The Debt Collector violated the FDCPA.

14. The Debt Collector's violations include, but are not limited to, the following:

(a) The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by communicating with the consumer after the consumer notifies in writing that they refuse to pay.

15. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff actual damages, statutory damages and costs.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., A-1969
Hollywood, FL 33020
/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq
Florida Bar no. 125159
Pleadings@cewlawoffice.com
(954) 874-8022
Lead Attorney