# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| TAMI MAYBIN<br>    Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC.<br>    Defendant, | )<br>)<br>)<br>) Case No. 2:24-cv-00035<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff represents that Plaintiff and Defendant herein have reached a settlement agreement. Pursuant to Federal Rules of Civil Procedures 41(a)(1)(A)(i) hereby requests that this action against Defendant be dismissed with prejudice.

Date: February 21, 2024

                                        **The Law Office of Cortney E. Walters, PLLC**
                                        2719 Hollywood Blvd., A-1969
                                        Hollywood, FL 33020
                                        <u>/s/ Cortney Walters, Esq.</u>
                                        CORTNEY WALTERS, Esq
                                        Florida Bar no. 125159
                                        Pleadings@cewlawoffice.com
                                        (954) 874-8022